## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 2nd day of November, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

Sherry Ruggerio Fallon
Tybout, Redfearn & Pell
300 Delaware Ave. #1110
P.O. Box 2092
Wilmington, DE 19899

_____
Mary E. Augustine (No. 4477)